# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D2023-1113

———————————————————

SHELDON LEE HUTCHINS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

April 11, 2024

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Sheldon Lee Hutchins, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.